

USDC - BALTIMORE
'26 JUN 18 PM4:12



**SEALED**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. BAH-26-204 |
| | * | |
| v. | * | **UNDER SEAL** |
| | * | |
| DANIEL AMOS, | * | |
| | * | |
| Defendant | * | |

...oOo...

### MOTION TO SEAL INDICTMENT

The United States of America, for the following reasons, moves this Honorable Court to order and direct that the Indictment and arrest warrant in the above-captioned case should be **SEALED**, and should not appear on the public docket or otherwise be known to the public at this time.

In support of this motion, the government submits that the Defendant is not in custody. Disclosure of the Indictment at this time could alert the Defendant to the existence of these charges and the arrest warrant, giving him incentive and opportunity to flee and attempt to hide from investigators attempting to execute the arrest warrant, as well as to destroy evidence or otherwise obstruct justice prior to his arrest.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

_____
Patricia C. McLane
Assistant United States Attorney