IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

JUL 1 0 2026

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

DANIEL AMOS,

        Defendant

Case No. BAH-26-204

## MOTION TO UNSEAL THE INDICTMENT

The United States of America, by the undersigned attorney, moves this Honorable Court to order and direct that the Indictment be unsealed in this matter. In support of this Motion, the Government states as follows:

1.    On June 18, 2026, a federal grand jury returned a four-count Indictment against the Defendant, Daniel Amos. The Government moved to seal the Indictment to prevent the Defendant from fleeing from prosecution, destroying evidence, or otherwise obstructing justice.

2.    The Defendant has now been arrested on the warrant issue and there is no longer a basis for sealing the Indictment as to this matter.

3.    Accordingly, the Government hereby moves to unseal the Indictment for the purpose of conducting the initial appearance.

Respectfully submitted,

Kelly O. Hayes,
United States Attorney

By:_____
Patu
Assistant United States Attorney

Digitally signed by
PATRICIA MCLANE
Date: 2026.07.10
11:20:36 -04'00'

1