___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

JUL 1 0 2026

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

      v.

    **Daniel Amos**

Case No.  **26-cr-204-BAH**

\* \* \* \* \* \*

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above named Defendant having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act, and the government having proffered that they know of no conflict precluding appointment of the Public Defender,

IT IS ORDERED this 10th day of July, 2026        , that the Federal Public Defender for the District of Maryland is appointed to represent the above named Defendant.

_____
Charles D. Austin
United States Magistrate Judge